# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

153082(28)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

DEANNA D. MABRY,
      Plaintiff-Appellant,

v

JOHANNA SUZANNE-GRAINE MABRY,
      Defendant-Appellee.

_____/

SC: 153082
COA: 329786
Washtenaw CC: 2015-001873-DC

      On order of the Chief Justice, the joint motion of the Children's Trauma Assessment Center, the Michigan Chapter of the National Association of Social Workers, and the Michigan League for Public Policy to participate as amicus curiae and file a brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on June 17, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016

